JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RODOLFO TORRES-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODOLFO TORRES-LOPEZ,<br><br>　　　　Defendant. | No. 1:13-cr-0074 AWI / BAM<br><br>STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER THEREON<br><br>Date: April 8, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Rodolfo Torres-Lopez, that the status conference currently set for April 22, 2013 at 10:00 a.m., **may be advanced and rescheduled to April 8, 2013 at 10:00 a.m. for a change of plea hearing before Hon. Anthony W. Ishii.**

　　The parties have entered into a plea agreement and have agreed to set the matter for a change of plea April 8, 2013.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: April 3, 2013 | */s/* Megan A.S. Richards<br>MEGAN A.S. RICHARDS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| Dated: April 3, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>RODOLFO TORRES-LOPEZ |

**ORDER**

IT IS SO ORDERED.

Dated:    April 4, 2013

_____
SENIOR  DISTRICT  JUDGE